IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gwendolyn Mines,<br><br>      Plaintiff,<br><br>vs.<br><br>Maricopa County Human Resources Dept., et al.,<br><br>      Defendants. | No. CV 05-1138-PHX-EHC (ECV)<br><br>**ORDER** |

     Plaintiff has filed a motion to amend her first amended complaint. Doc. #11. Plaintiff states that she seeks to amend her complaint to name Sheriff Joe Arpaio in place of the Maricopa County Human Resources Dept. Because Plaintiff has already amended her complaint once, she must seek permission from the court to submit a second amended complaint. Fed. R. Civ. P. 15(a). In addition, Rule 15(a)(2) of the Local Rules of Civil Procedure requires the party seeking an amendment to "lodge with the Clerk of Court an original of the proposed amended pleading."

     An amended complaint supersedes its original complaint. Hal Roach Studios v. Richard Feiner & Co., 896 F.2d 1542, 1546 (9th Cir. 1990); King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987). Causes of action alleged in an original complaint which are not alleged in an amended complaint are waived. King v. Atiyeh, 814 F.2d at 567.

     Here, Plaintiff has not lodged a proposed amended complaint. Accordingly, her motion to amend will be denied without prejudice. If Plaintiff wishes to amend her

1 complaint, she must file a motion for leave to amend and lodge with the Clerk of Court a
2 proposed amended complaint. If the Court then grants the motion, the newly amended
3 complaint will replace the previously filed amended complaint. Because Plaintiff has already
4 filed a first amended complaint in this action (Doc. #4), any proposed amended complaint
5 should be labeled "Second Amended Complaint."

6 Lastly, Plaintiff is directed to file separate documents for each of her two pending
7 cases (CV 05-1137-PHX-EHC (ECV) and CV 05-1138-PHX-EHC (ECV)). Plaintiff shall
8 not file one document with both case numbers on it. Failure to comply with this order will
9 result in the document being stricken.

10 **IT IS THEREFORE ORDERED:**

11 That Plaintiff's motion to amend (Doc. #11) is **denied without prejudice**.

12 DATED this 2nd day of February, 2006.

Edward C. Voss
United States Magistrate Judge