IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gwendolyn Mines, | No. CV-05-1138-PHX-EHC (ECV) |
| Plaintiff, | **ORDER** |
| vs. | |
| Maricopa County Human Resources, et al., | |
| Defendants. | |

Judgment in this matter having been entered pursuant to court order on August 17, 2006,

IT IS ORDERED denying Plaintiff's Motion to File Disciplinary Action Reports from Jail (Doc. #23).

DATED this 18th day of September, 2006.

_____
Edward C. Voss
United States Magistrate Judge